NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**POM GROUP INC.,**

*Plaintiff-Appellee*

**v.**

**SCHEDULE A DEFENDANTS, SOTIYA, CONSCIOUS ITEMS, MIDNIGHT FANCY, TRESSEVOGUE,**

*Defendants*

**ATACCOMMODATE.COM, BLACIOKAMITH.COM,**

*Defendants-Appellants*

---

2026-1863

---

Appeal from the United States District Court for the Western District of Pennsylvania in No. 2:25-cv-01909-WSS, Judge William S. Stickman, IV.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                 POM GROUP INC. v. SCHEDULE A DEFENDANTS

(2)  Each side shall bear their own costs.


                                      FOR THE COURT


June 22, 2026                     Jarrett B. Perlow
    Date                          Clerk of Court


**ISSUED AS A MANDATE:** June 22, 2026